IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MITESH INDRAVADAN GAJJAR and
TWINKLE MITESH GAJJAR                                                                  PLAINTIFFS

v.                                    Case No. 1:24-cv-01007

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES and
DIRECTOR UR MENDOZA JADDOU                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 10. The Court finds the matter ripe for consideration.

On May 29, 2024, Plaintiffs filed the instant notice. *Id*. Plaintiffs notify the Court "of their desire to voluntarily dismiss their Complaint" (ECF No. 1), stating that "the underlying matter has been resolved and this matter is now moot." *Id*. Defendants have not responded to the motion and the time to do so has passed. *See* Local Rule 7.2. "[A]n action may be dismissed at the plaintiff's request only by court order." Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that Plaintiff's Notice of Voluntary Dismissal (ECF No. 10), which the Court treats as a motion to dismiss, should be and hereby is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge